USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
EMANUEL DELACRUZ, ON BEHALF OF :
HIMSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
: No.: 1:22-cv-6571
Plaintiffs, :
:
v. : **NOTICE OF VOLUNTARY**
: **DISMISSAL**
ELON UNIVERSITY, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Plaintiff(s), EMANUEL DELACRUZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ELON UNIVERSITY, without prejudice and without fees and costs.

Dated:  New York, New York
        November 4, 2022

                                                                **GOTTLIEB & ASSOCIATES**

                                                                _/s/Michael A. LaBollita, Esq._

                                  Michael A. LaBollita, Esq., (ML-9985)
                                         150 East 18th Street, Suite PHR
                                                 New York, NY 10003
                                                      Phone: (212) 228-9795
                                                          Fax: (212) 982-6284
                                                            Michael@Gottlieb.legal

                                                                  _Attorneys for Plaintiffs_

SO ORDERED:

_____  11/07/2022
United States District Court Judge